476 A.2d 91

Commonwealth v. Stanziola, Appellant.

Submitted March 7, 1984. Lawrence D. MacDonald, for appellant; Joseph Giebus, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, MONTEMURO and JOHNSON, JJ.

Judgment of sentence vacated and case remanded to the trial court for an evidentiary hearing on appellant's claims of ineffective assistance of counsel. Should the court determine that appellant has been denied the effective assistance of counsel, it shall grant him a new trial. Otherwise, the court shall reinstate the judgment of sentence. In either instance, appropriate appellate rights may be exercised by either party. Jurisdiction is not retained.